**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

Andre R. Levesque

    v.                      Civil No. 09-cv-437-JL

State of New Hampshire, et al.

**O R D E R**

In an Order issued May 12, 2010 (document no. 22), I directed service of certain claims in this case against defendants John Eppolito, Paul Sylvester, and the Merrimack County House of Corrections.  Those defendants have not yet been added to the caption in this action, as the Report and Recommendation issued simultaneously with the May 12, 2010 Order (document no. 21), in which I construed the complaint in this matter to include those individuals as defendants, has not yet been approved.  I therefore direct the Clerk's Office to immediately amend this action to add Eppolito, Sylvester, and the Merrimack County House of Corrections as defendants thereto.

    **SO ORDERED.**

                                _____
                                James R. Muirhead
                                United States Magistrate Judge

Date:      May 17, 2010
cc:        Andre R. Levesque, pro se
JM:jba