UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Andre R. Levesque

      v.                              Civil No. 09-cv-437-JL

State of New Hampshire, et al

O R D E R

After due consideration of the objections filed, I herewith approve the

Report and Recommendation of Magistrate Judge Muirhead dated 5/12/10.  All of

the following cases[1] are consolidated into the above-captioned case, and the

Report and Recommendation in each case is approved over any objections filed,

without prejudice to any issue being re-raised properly in a motion to dismiss.

                              Civil No. 09-cv-248-JD
                              Civil No. 09-cv-418-SM
                              Civil No. 09-cv-419-PB
                              Civil No. 09-cv-427-PB
                              Civil No. 09-cv-429-PB
                              Civil No. 09-cv-430-SM
                              Civil No. 09-cv-434-PB
                              Civil No. 09-cv-435-SM
                              Civil No. 09-cv-437-JL
                              Civil No. 09-cv-438-SM
                              Civil No. 09-cv-453-JD
                              Civil No. 10-cv-040-SM
                              Civil No. 10-cv-049-PB

---

[1]Civil No. 10-cv-041-JD shall not be consolidated with the others, as it is on appeal.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 14, 2010

cc:    Andre R. Levesque, pro se
       Nancy Smith, Esq.
       Corey M. Belobrow, Esq.